# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABT SYSTEMS, LLC,** : | |
|     **Plaintiff** : | |
| : | No. 1:14-cv-02007 |
| **v.** : | |
| : | (Judge Kane) |
| **RESEARCH PRODUCTS CORP.,** : | |
|     **Defendant** : | |

## ORDER

**AND NOW,** on this 8th day of June 2016, **IT IS HEREBY ORDERED THAT** Defendant Research Products Corporation's motion for leave to file its Amended Answer, Affirmative Defenses and Counterclaims (Doc. No. 49), is **GRANTED**. The Clerk of Court is directed to docket exhibit located at Doc. No. 49-1, Defendant's proposed "Amended Answer, Affirmative Defenses and Counterclaims," as Defendant's superseding answer. (Doc. No. 49-1.)

**IT IS HEREBY FURTHER ORDERED THAT**, on or before June 21, 2016, the parties shall each file a supplemental brief addressing the appropriateness of a claim construction hearing by the district court.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania