IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ABT SYSTEMS, LLC,
    Plaintiff

    v.

RESEARCH PRODUCTS CORP.,
    Defendant

No. 1:14-cv-02007

(Judge Kane)

## ORDER

**AND NOW,** on this 14th day of June 2017, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff ABT Systems, LLC's motion to compel discovery (Doc. No. 67), is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The Court **GRANTS** Plaintiff's motion to compel (Doc. No. 67), as to ABT Interrogatory No. 4. Defendant is directed to fully respond to ABT Interrogatory No. 4 within thirty (30) days of this Order;

    b. In all other respects, the motion to compel is **DENIED**;

2. Plaintiff ABT Systems, LLC's motions to place documents under seal (Doc. Nos. 70, 76), are **GRANTED**;

3. Plaintiff ABT Systems, LLC's unopposed motion for an extension of time (Doc. No. 74), is **DENIED AS MOOT**; and

4. Plaintiff ABT Systems, LLC's motion for a status conference (Doc. No. 84), is **GRANTED**. The Clerk of Court is directed to schedule a status conference.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania